IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE |
|---|---|---|---|
| **CHRISTIE LYNN GMACH** | **09-60257-WA1-13** | **July 19, 2010** | $0.00 |
| | | | *AS OF 10/13/2010 |

**TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING**

Herbert L. Beskin, Trustee of the estate of the above-captioned Chapter 13 debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the debtor aforementioned **has failed to file a Modified Plan within 90 days pursuant to Order Suspension Plan Payments entered on 07/06/2010.**

**PLEASE TAKE NOTICE** that on **DECEMBER 30, 2010** at **09:30 AM**, in U.S. Bankruptcy Courtroom 210, 1101 Court St., Lynchburg, VA 24504-    the Trustee will present and argue the foregoing Petition to Dismiss.

*<u>The Trustee may request immediate dismissal of the case unless Debtor(s) and Debtor's(') counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.</u>*

I hereby certify that on <u>October 13, 2010</u>, copies of this Petition and Notice have been mailed to CHRISTIE LYNN GMACH, Debtor(s), 713 MILL STREAM LANE, LYNCHBURG, VA 24502   , and that the Attorney for the Debtor(s) has been notified electronically by ECF.

    /S/ Herbert L. Beskin                            .
Herbert L. Beskin Chapter 13 Trustee

Herbert L. Beskin
Chapter 13 Trustee
P O BOX 2103
Charlottesville, VA 22902
(434)817-9913